CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BENJAMIN F. FARKAS (CABN 308811)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7223
    FAX: (415) 436-7234
    Benjamin.farkas@usdoj.gov

Attorneys for United States of America

**FILED**

Apr 15 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3-26-mj-70506 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| DAVID VARELA, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on April 16, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached as Exhibit A) issued upon a Criminal Complaint pending in the Eastern District of Virginia, Case Number 2:26-mj-48.

In that case (copy of criminal complaint attached as Exhibit B), the defendant is charged with a violation of Title 18, United States Code, Section 1073. In particular, it is alleged that, on or about February 5, 2026, Mr. Varela fled from Virginia to Hong Kong to avoid prosecution for first-degree murder and concealing a dead body to prevent detection.

The maximum penalties are as follows:

5 years imprisonment

v. 8/29/2025

3 years supervised release;

$250,000 fine;

$100 special assessment.

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: April 15, 2026

_____/s/ Benjamin F. Farkas_____
 BENJAMIN F. FARKAS
Assistant United States Attorney

v. 8/29/2025

# EXHIBIT A

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>_____<br>David Varela<br>_Defendant_ | )<br>)<br>)   Case No.   2:26-mj-48<br>)<br>)<br>) |

**ORIGINAL**

**INFORMATION COPY ONLY**

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    David Varela _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1073  Unlawful flight to avoid prosecution.


Date:   02/20/2026 _____                         _____
                                                            _Issuing officer's signature_

City and state:    Norfolk, Virginia _____         Lawrence R. Leonard, U.S. Magistrate Judge
                                                            _Printed name and title_

---

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .


Date: _____                                      _____
                                                            _Arresting officer's signature_


                                                         _____
                                                            _Printed name and title_

# EXHIBIT B

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:26-mj-__48__ |
| | ) | |
| David Varela, | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

**FILED**

FEB 1 2 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____February 5, 2026_____ in the county of _____ in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| _Code Section_ | _Offense Description_ |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution. |

This criminal complaint is based on these facts:

Please see attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:

Kevin M. Comstock

_Complainant's signature_

FBI Special Agent Connor P. Maguire

_Printed name and title_

Sworn to before me and signed in my presence.

Date:  _____02/12/2026_____

_Judge's signature_

City and state:  _____Norfolk, Virginia_____     Hon. Lawrence R. Leonard, U.S. Magistrate Judge

_Printed name and title_

DEPUTY CLERK

FILED

FEB 1 2 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT

I, Connor Patrick Maguire, being duly sworn, do hereby depose and state:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) in Norfolk, Virginia, and have been so employed in that capacity for one year. I am currently assigned to the Violent Crime Squad and my duties include the investigation of federal crimes such as narcotics, gangs, kidnapping matters, and fugitives.

2. On February 5, 2026, Norfolk Police Department (NPD) executed a search warrant at the residence of Lisa Maria Guerra ECHAVARRIA and David VARELA. ECHAVARRIA's brother had reported her missing on February 2, 2026, after not having contact with her for over two weeks. NPD Detectives had previously been unable to get in contact with VARELA or ECHAVARRIA. VARELA is a U.S. Navy Reservist on active duty, who was not responding to calls from Chief Petty Officer (CPO) Patteson, his immediate supervisor, at the time of the search warrant. CPO Patteson informed NPD detectives that this is unusual behavior for him, as VARELA is known to promptly return calls. Upon searching the residence, an unidentified female was found deceased in the kitchen freezer. Preliminary fingerprints determined that the body was ECHAVARRIA; the cause of death is pending an autopsy. ECHAVARRIA's cell phone was also present, as well as VARELA's Tesla car outside in the parking lot.

3. NPD contacted Homeland Security Investigations (HSI), Naval Criminal Investigative Service (NCIS), and the FBI for assistance. HSI determined that VARELA took a flight to Hong Kong, on or about February 5, 2026. Emergency disclosure requests from WhatsApp showed location data originating in Hong Kong as well. NCIS confirmed VARELA's status as a Reservist with the Navy. VARELA has family in Columbia but does not have any discernible ties

to Hong Kong or China. VARELA has not reported to duty, as required, nor has he returned any phone calls to CPO Patteson, as of the time of this writing.

4. On February 6 and 10, 2026, the Commonwealth of Virginia issued two arrest warrants charging VARELA with concealing a dead body to prevent detection and first-degree murder, respectively, in violation of Sections 18.2-323.02 and 18.2-32, Criminal Code of Virginia. These violations are Felonies under the laws of the Commonwealth of Virginia.

5. Copies of the Commonwealth of Virginia warrants are attached, along with the extradition authorization and prosecutor's agreement to extradite for INTERPOL Red Notices. See attachments A, B, C, and D.

6. Based on the above information, your affiant has probable cause to believe that DAVID VARELA has fled the Commonwealth of Virginia in an attempt to avoid prosecution for the above charges, in violation of Title 18, United States Code, Section 1073, and I request an arrest warrant be issued.

Connor Patrick Maguire
Special Agent
Federal Bureau of Investigation

SWORN and SUBSCRIBED before me, this 12th day of February 2026.

Lawrence R. Leonard
United States Magistrate Judge
Eastern District of Virginia
Norfolk Division

Case 3:26-mj-70506-MAG   Document 1   Filed 04/15/26   Page 9 of 13

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Norfolk ........................................................................
CITY OR COUNTY

[ ] General District Court  [ ] Criminal  [ ] Traffic
[x] Juvenile and Domestic Relations District Court

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 02/05/2026 ...................... did unlawfully and feloniously in violation of Section

18.2-323.02 ................................................................., Code of Virginia:

transport, secrete, conceal or alter a dead body, as defined in § 32.1-249, with malicious intent and to prevent detection of an unlawful act or to prevent the detection of the death or the manner or cause of death..

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

MURPHY, J W   NPD ......................................................, Complainant.

**CCRE/Fingerprinting Required**

02/06/2026 03:36 AM
DATE AND TIME ISSUED

*Robert B Page*

B. Page

[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE

FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21

---

| CASE NO. | | | | | | |
|---|---|---|---|---|---|---|

**ACCUSED:**

Varela, David
LAST NAME, FIRST NAME, MIDDLE NAME

321 E Main St Apt 1912
ADDRESS/LOCATION

Norfolk, VA

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO. | DAY | YR. | FT. | IN. | | | |
| W | M | 06/14/1987 | | | 5' | 08" | 150 | BRO | BLK |
| SSN | | | | | | | | | |
| | | 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 | | | | | | | |
| D.L.# | | | | | | | STATE | | |

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

CLASS  6  FELONY

[ ] EXECUTED by arresting the Accused named above on this day:

........................................................
DATE AND TIME OF SERVICE

........................................................
Arresting Officer

........................................................
BADGE NO., AGENCY AND JURISDICTION

for ..................................................
SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
DEAD BODY: TRANSPORT, SECRETE, CONCEAL, ALTER

Offense Tracking Number:
710JM2600004024

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code:  DNG-4800-F6

**F**

Hearing Date/Time

**FELONY**

# WARRANT OF ARREST – FELONY

COMMONWEALTH OF VIRGINIA   Va. Code § 19.2-71, -72

Norfolk
CITY OR COUNTY

[ ] General District Court  [ ] Criminal  [ ] Traffic
[x] Juvenile and Domestic Relations District Court

## TO ANY AUTHORIZED OFFICER:

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 02/05/2026 did unlawfully and feloniously in violation of Section

18.2-32 , Code of Virginia:

willfully, deliberately, and with premeditation kill and murder another in the first degree.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

MURPHY, J W   NPD , Complainant.

**CCRE/Fingerprinting Required**

02/10/2026 05:55 PM
DATE AND TIME ISSUED

[ ] CLERK   [x] MAGISTRATE   [ ] JUDGE
K. Carrington

*Take buccal sample if DNA Data Bank Sample Tracking System shows no DNA sample in Data Bank.*
FORM DC-312 (MASTER, PAGE ONE OF TWO) 03/21
*Check if sample previously taken:*   *Check if sample taken for this arrest:*

---

CASE NO.

ACCUSED:

Varela, David
LAST NAME, FIRST NAME, MIDDLE NAME

321 E Main St Apt 1912
ADDRESS/LOCATION

Norfolk, VA 23510

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. DAY YR. | HT. FT. IN. | WGT. | EYES | HAIR |
|------|-----|------------------|-------------|------|------|------|
| W | M | 06/14/1987 | 5' 08" | 150 | BRO | BLK |

SSN: 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

D.L.#                      STATE

[ ] Commercial Driver's License
[ ] Commercial Motor Vehicle  [ ] Hazardous Materials

CLASS 2 **FELONY**

[ ] EXECUTED by arresting the Accused named above on this day:

DATE AND TIME OF SERVICE

, Arresting Officer

BADGE NO., AGENCY AND JURISDICTION

for SHERIFF

Attorney for the Accused:

Short Offense Description (not a legal definition):
**MURDER: 1ST DEGREE**

Offense Tracking Number:
**710JM2600004457**

FOR ADMINISTRATIVE USE ONLY
Virginia Crime Code: **MUR-0925-F2**

Hearing Date/Time

**FELONY**

F
COPY COPY COPY COPY COPY COPY

**City of Norfolk**

Inter Department Correspondence Sheet

TO: _____ Chief of Police

FROM: _____ WILLIAM S. MAYDOSZ L, Deputy Commonwealth Attorney

SUBJECT: _____ EXTRADITION AUTHORIZATION

Re: NAME: VARELA, DAVID
RACE: W        SEX: M    DOB: 19870614
CHARGE: DEAD BODY TRANSPORT, SECRETE, CONCEAL, ALTER
DATE OF WARRANT(S): 20260206
PIN #: 2026001512

In response to your request concerning the extradition of the above named individual, the Norfolk Commonwealth Attorney's Office has determined the following action is appropriate:

_____    WILL NOT EXTRADITE FROM ANY OTHER STATE.

___✓___    WILL EXTRADITE FROM ANY U.S. JURISDICTION.

_____    WILL EXTRADITE FROM ANY U.S. JURISDICTION
           LOCATED EAST OF THE MISSISSIPPI RIVER.

_____    WILL EXTRADITE FROM SURROUNDING AND NEARBY STATES, TO INCLUDE
           MARYLAND, DISTRICT OF COLUMBIA, DELAWARE, PENNSYLVANIA, NEW
           YORK, NEW JERSEY, KENTUCKY, WEST VIRGINIA, TENNESSEE, NORTH
           CAROLINA, AND SOUTH CAROLINA.

_____    WILL EXTRADITE FROM THE FOLLOWING
           STATES ALSO: _____

If extradition is approved, you are authorized to communicate that fact to any arresting agency meeting the above extradition authorization stipulations.

2/6/26
DATE

Authorized by William S. Maydosz
Deputy Commonwealth Attorney



**U.S. Department of Justice**

INTERPOL Washington

*U.S. National Central Bureau*

---

## Prosecutor's Agreement to Extradite
## for INTERPOL Red Notices and Wanted Person Diffusions

*NOTE: A signed Prosecutor's Agreement to Extradite is **required** to be submitted with any Red Notice Application or Wanted Person Diffusion request. Please have a prosecutor fill out this form, print/sign/scan it (pdf or jpeg) or digitally/electronically sign it, and attach it to the on-line Red Notice application, or email it to Interpol.Washington@usdoj.gov after the application is submitted on-line.*

*An **updated** signed Prosecutor's Agreement to Extradite is required with every 5 year Red Notice or Wanted Person Diffusion validity check. Failure to provide the signed Agreement when requested may result in your notice/diffusion being cancelled.*

In connection with the request by ***Commonwealth's Attorney, City of Norfolk, Commonwealth of Virginia, United States*** for an INTERPOL Red Notice or Wanted Person Diffusion for ***Varela, David***, I agree:

1. To **provide** the U.S. Department of Justice, Office of International Affairs (OIA) (phone 202-514-0000, fax 202-514-0080) with all required information and documents for a provisional arrest request (PAR) with a view toward extradition, if this fugitive is located in a country that can provisionally arrest for the offense(s) in question, and if OIA determines that a PAR is appropriate (OIA will communicate directly with the prosecutor concerning a PAR), or in non-urgent cases to prepare the documents supporting a formal request for extradition in consultation with OIA;

2. To **provide** to OIA a draft extradition request (normally prosecutor's & agent's affidavits; certified copies of charging document(s), arrest warrant(s), witness affidavit(s), other documentation as applicable treaty requires) within 10 days of fugitive's arrest or as directed by the assigned OIA attorney;

3. To **pay** all applicable extradition costs (or have arrangements in place to ensure payment): these costs normally include: translation (if required) of complete extradition request, and for *state/local cases -* prisoner transport/escort costs. Contact OIA for country-specific extradition costs information;

4. To **provide** assistance to the USNCB if the fugitive challenges the red notice or diffusion at the Commission for Control of INTERPOL's File (CCF), an independent body with authority to review and decide on complaints by subjects of INTERPOL records.

5. To **notify** the USNCB **immediately** in writing if:
    (a) this office is no longer willing to extradite internationally;
    (b) this office no longer seeks fugitive (e.g., fugitive arrested in U.S., case dismissed); or
    (c) the information in the Red Notice application or the contact information below changes.

6. **I will approve** or, if this Agreement accompanies the Red Notice Application, **I have reviewed and**

approved the following Red Notice Application items for accuracy: charge(s), offense(s) of conviction, or both; citation(s) to applicable statute(s); Statement of Facts; and maximum penalty for each offense, as applicable.

**7. I understand that the INTERPOL Secretariat General must cancel this Red Notice if the prosecutor's office does not timely revalidate the Notice upon request after the initial 5 year period of validity.**

| | |
|---|---|
| **Fugitive full name: David Varela** | |
| **Fugitive date of birth: 06/14/1987** | |
| **Prosecutor Authorizing Extradition:** | |
| Name: Ramin Fatehi | Phone: 757-664-4882 |
| Title: Commonwealth's Attorney, City of Norfolk, VA | Fax: |
| Email: Ramin.Fatehi@norfolk.gov | Mobile: 757-621-1823 |
| Street Address: 800 E. City Hall Ave., Suite 600, Norfolk VA 23510 | |
| Prosecutor Signature: | Date: February 6, 2026 |
| **Backup Prosecutor (if any):** | |
| Name: | Phone: |
| Title: | Fax: |
| Email: | Mobile: |
| **General Office Contact Info. (to assist contact every five years):** | |
| Name of Prosecutor's Office: Commonwealth's Attorney Office Norfolk, VA | |
| General phone: 757-664-4444 | |
| General email: cwainformation@norfolk.gov | |
| General website: Office of the Norfolk Commonwealth's Attorney | City of Norfolk, Virginia - Official Website | |

September 2020